Arecibo. Acometimiento y agresión con circunstancias agravantes. Diciembre 15, 1930.

No. 4361.—PUEBLO, apldo., v. GARCÍA, aplte.—C. D. Bayamón. Infracción artículo 328 Código Penal. Febrero 9, 1931.

No. 4358.—PUEBLO, apldo., v. TORRES, aplte.—C. D. Bayamón. Hurto de menor cuantía. Febrero 9, 1931.

No. 4357.—PUEBLO, apldo., v. BELTRÁN, aplte.—C. D. Bayamón. Acometimiento y agresión grave. Febrero 9, 1931.

No. 4336.—PUEBLO, apldo., v. RAMÍREZ, aplte.—C. D. Bayamón. Incendio malicioso en primer grado. Febrero 9, 1931.

No. 4313.—PUEBLO, apldo., v. GONZÁLEZ, aplte.—C. D. Arecibo. Ataque con intención de cometer homicidio. Febrero 9, 1931.

No. 4312.—PUEBLO, apldo., v. GONZÁLEZ, aplte.—C. D. Arecibo. Portar armas. Febrero 9, 1931.

No. 4397.—PUEBLO, apldo., v. GONZÁLEZ, aplte.—C. D. Mayagüez. Escalamiento en primer grado. Marzo 9, 1931.

No. 4390.—PUEBLO, apldo., v. MEDINA, aplte.—C. D. Humacao. Acometimiento grave. Marzo 9, 1931.

No. 4376.—PUEBLO, apldo., v. JIMÉNEZ, aplte.—C. D. Humacao. Infracción Ley de Automóviles. Marzo 9, 1931.

No. 4375.—PUEBLO, apldo., v. COLÓN, aplte.—C. D. Humacao. Venta de café adulterado. Marzo 9, 1931.

No. 4430.—PUEBLO, apldo., v. HERNÁNDEZ, aplte.—C. D. San Juan. Homicidio involuntario. Marzo 9, 1931.

No. 4425.—PUEBLO, apldo., v. PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud. Marzo 9, 1931.

No. 4424.—PUEBLO, apldo., v. PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud pública. Marzo 9, 1931.

No. 4423.—PUEBLO, apldo., v. PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud pública. Marzo 9, 1931.

No. 4364.—PUEBLO, apldo., v. PÉREZ, JR., aplte.—C. D. Humacao. Acometimiento y agresión simple. Marzo 9, 1931.